## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 19-CV-24063-JLK

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**PALM LAKES VENTURES, INC.**

For:
Anthony J. Perez, Esq.
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74TH COURT
SUITE 3
MIAMI, FL 33155

Received by Lindsay Legal Services, Inc on the 2nd day of October, 2019 at 12:53 pm to be served on **PALM LAKES VENTURES, INC. C/O YOUNG H. CHOI, 7330 LOCHNESS DRIVE, MIAMI, FL 33014.**

I, CRAIG WATSON, do hereby affirm that on the **31st day of October, 2019 at 7:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **YOUNG H. CHOI** as **REGISTERED AGENT** for **PALM LAKES VENTURES, INC. C/O YOUNG H. CHOI** at the address of: **7330 LOCHNESS DRIVE, MIAMI, FL 33014** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

CRAIG WATSON
Process Server #333

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2019002404

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c